# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143567

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 143567
COA: 297671
Oakland CC: 2009-228428-FC

KIMBERLY LYNN GRUSNICK,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 30, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

t1114